# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 437 WAL 2015
                                   :

          Respondent        :

                                   :    Petition for Allowance of Appeal from
                                   :    the Order of the Superior Court
          v.                    :

ANTHONY JEFFERSON,          :

          Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.